[No. 21194-3-I. Division One. January 17, 1989.]

WILLIAM JOHNSON, *Appellant,* v. TICOR TITLE INSURANCE COMPANY OF CALIFORNIA, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86-2-19878-4, Norman W. Quinn, J., entered

---

[†]This title was published in the advance sheets as *Security Pacific Mortgage Corporation v. Advance Mortgage Corporation.*

September 23, 1987. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Scholfield and Webster, JJ.